1    FENNEMORE CRAIG, P.C.
     David W. Dachelet (No. 6615)
2    300 South Fourth Street, Suite 1400
     Las Vegas, Nevada  89101
3    Telephone: 702.692.8000
     Facsimile: 702.692.8099
4    Email:  ddachelet@fclaw.com

5    Attorneys for Plaintiff/Counterdefendant
     KEYBANK NATIONAL ASSOCIATION
6
                    **UNITED STATES DISTRICT COURT**
7
                      **CLARK COUNTY, NEVADA**
8

9    KEYBANK NATIONAL ASSOCIATION,              Case No.:  2:10-cv-00352-PMP-LRL

10                        Plaintiff,

11        *vs.*

     FRANK NIELSEN, an individual; ROBERT H.        **STIPULATION AND ORDER TO**
12   SCHULMAN, an individual; LAWRENCE J.          **EXTEND DISCOVERY CUTOFF AND**
     WINNERMAN, an individual; SANFORD B.              **DISCOVERY DEADLINES**
13   WINNERMAN, an individual; and WW                      **(Second Request)**
     CENTENNIAL HILLS, LLC, a Delaware
14   limited liability company,

15                        Defendant.

16
     AND ALL RELATED CLAIMS.
17

18        Plaintiff/Counterdefendant KeyBank National Association ("Plaintiff") by and through its

19   undersigned counsel, David W. Dachelet, Esq. of the law office of Fennemore Craig, P.C., and

20   Defendants/Counterclaimants, Frank Nielsen, Robert H. Schulman, Lawrence J. Winnerman,

21   Sanford B. Winnerman, and WW Centennial Hills, LLC (collectively referred to as "Defendants"

22   and with Plaintiff referred to as the "Parties"), by and through their undersigned counsel, William

23   R. Urga, Esq. and Mindy C. Fisher of the law office of Jolley Urga Wirth Woodbury & Standish,

24   hereby stipulate and agree as follows:

25   / / /

26   / / /

27   / / /

28   / / /

FENNEMORE CRAIG, P.C.          103732.1/15580.049

  LAS VEGAS

1    **IT IS HEREBY STIPULATED AND AGREED** that certain discovery deadlines should

2    be extended in order to allow the parties to complete adequate discovery in the above-captioned

3    matter.  The parties further stipulate and agree as to the following information required by LR 26-

4    4:

5         (a)    The Discovery Completed to Date**:**  To-date, the Parties have acted diligently in

6    making their disclosures under Fed. R. Civ. P. 26(a)(1).  Additionally, Defendants have served

7    and Plaintiff has responded to written discovery requests in the form of Requests for Production

8    of Documents and Interrogatories.  Furthermore, the Parties have made their initial and rebuttal

9    expert disclosures pursuant to Fed R. Civ. P. 26(a)(2).   Recently, following an extensive search

10   of its electronic records, Plaintiff has provided its undersigned counsel with nearly 12GB of

11   electronic data, estimated at approximately 20,000 documents (the actual number of documents

12   and pages of documentation is currently unknown) which must be reviewed for relevancy, bates

13   stamped, a privilege log prepared, if necessary, and produced in this case.  Such documentation

14   will undoubtedly also be responsive to the written discovery already propounded by Defendants

15   and, as such, Plaintiffs' responses to such written discovery will need to be supplemented.

16   Furthermore, counsel for the Parties have expressed a desire to conduct depositions in this case.

17   The Parties would like to have an opportunity to produce and review all relevant documents

18   before conducting depositions in this case.  Given the volume of documentation to be produced

19   and the intervening holiday season, however, the Parties agree that they are unable to do so in the

20   time currently remaining for discovery.

21        (b)    The Discovery To Be Completed:   The Parties anticipate they will further

22   supplement their production of documents pursuant to Fed. R. Civ. P. 26(a)(1), may exchange

23   further written discovery, and will conduct the depositions of the parties and identified experts.

24        (c)    Reason for Delay:  As indicated above, Plaintiff has provided its counsel with a

25   very large volume of data to review and produce in this case.  Such documentation may also be

26   responsive to written discovery already propounded by Defendants and, as such, Plaintiffs'

27   responses will need to be supplemented.  Although the parties recently entered a stipulation for a

28   short, one-week extension of discovery, the sheer volume of the electronic data provided to its

FENNEMORE CRAIG, P.C.        103732.1/15580.049

LAS VEGAS

1  counsel was not yet apparent.  Moreover, there has been some difficulty in converting the data

2  provided by Plaintiff to its counsel into a format that can be easily reviewed and produced.

3  Counsel for Plaintiff anticipates receiving the data in a reviewable format in the next week.  Once

4  it is received, counsel for Plaintiff requires additional time to review, organize, and prepare such

5  data for production.  As this Court may be able to imagine, reviewing somewhere in the

6  neighborhood of 20,000 documents will take a fair amount of time.  Furthermore, such

7  documentation will need to be reviewed prior to conducting depositions in this case.

8  Accordingly, the Parties require a second extension of discovery to produce all relevant

9  documents, review all produced documents, exchange further written discovery if necessary, and

10  conduct depositions in this case.

11        (d)    <u>Proposed  Schedule for Completing all Remaining Discovery</u>: The Parties submit

12  that in light of the above, good cause exists to extend the discovery in this case as follows:

13      Rebuttal Expert Disclosure        **CLOSED**

14      Discovery Cut-Off           **February 18, 2011**
                                              (currently December 13, 2010)

15

16  / / /

17  / / /

18  / / /

19

20

21

22

23

24

25

26

27

28

FENNEMORE CRAIG, P.C.

LAS VEGAS

103732.1/15580.049

| | |
|---|---|
| Last Day to File Dispositive Motions | **March 21, 2011**<br>(currently January 12, 2011) |
| Deadline to File Pretrial Order | **April 20, 2011**<br>(currently February 11, 2011) |

DATED this 22nd day of November, 2010.          DATED this 22nd day of November, 2010.

FENNEMORE CRAIG, P.C.                            JOLLEY URGA WIRTH WOODBURY &
                                                 STANDISH

By: */s/ David W. Dachelet*                      By: : */s/ Mindy C. Fisher*
       David W. Dachelet (No. 6615)                     William R. Urga (No. 1195)
       300 South Fourth Street, Suite 1400             Mindy C. Fisher (No. 11121)
       Las Vegas, Nevada  89101                        3800 Howard Hughes Parkway
                                                       Wells Fargo Tower, Sixteenth Floor
Attorneys for Plaintiff/Counterdefendant               Las Vegas, Nevada 89169
KEYBANK NATIONAL ASSOCIATION
                                                 Attorneys for Defendants/Counterclaimants
                                                 FRANK NIELSEN, ROBERT H.
                                                 SCHULMAN, LAWRENCE J.
                                                 WINNERMAN, SANFORD B.
                                                 WINNERMAN, and WW CENTENNIAL
                                                 HILLS, LLC

## ORDER

**IT IS SO ORDERED.**

**DATED this** 24th **day of** November **, 2010.**

_____
**UNITED STATES MAGISTRATE JUDGE**