UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OREO CORP., an Ohio corporation as successor-in-interest to KEYBANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE J. WINNERMAN, an individual; SANFORD B. WINNERMAN, an individual; and WW CENTENNIAL HILLS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:10-cv-00352-PMP-VCF<br><br>**ORDER** |

Before the Court for consideration is Defendants' fully briefed Motion to Amend this Court's Findings of Fact and Conclusions of Law, and Judgment, Pursuant to Fed. R. Civ. P. 52(b) and 59(e) (Doc. #130). For the reasons set forth in Plaintiffs' response (Doc. #139),

**IT IS ORDERED** that Defendants' Motion (Doc. #130) is **DENIED**.

Dated: February 18, 2014.

PHILIP M. PRO
United States District Judge