UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OREO CORP., an Ohio corporation as successor-in-interest to KEYBANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>KAMELA NIELSEN, as executor of The Estate of FRANK NIELSEN, Decedent; LAWRENCE J. WINNERMAN, an individual; LORRIE B. WINNERMAN, an individual; SANFORD B. WINNERMAN, an individual; and WW CENTENNIAL HILLS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:10-cv-00352-PMP-VCF<br><br>**<u>ORDER</u>** |

The Court having read and considered Plaintiff's fully briefed Motion For Order Allowing Plaintiff to Register Its Judgment In Other Districts (Doc. #150), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion For Order Allowing Plaintiff to Register Its Judgement In Other Districts (Doc. #150) is GRANTED.

Dated: April 22, 2014.

_____
PHILIP M. PRO
United States District Judge