UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Oreo Corp., as successor-in-interest to KeyBank National Association,<br><br>   Plaintiff<br><br>v.<br><br>Lawrence J. Winnerman, et al.,<br><br>   Defendants | 2:10-cv-00352-JAD-VCF<br><br>**Order Setting Briefing Schedule and Scheduling Hearing Regarding Mandate of the United States Court of Appeals** |

On appeal, the United States Court of Appeals for the Ninth Circuit vacated the district court's award of post-judgment interest at the default contractual rate of 8.25% and remanded with instructions to recalculate the post-judgment interest under the statutory rate mandated by 28 U.S.C. § 1961 and amend the judgment accordingly.[1]

Accordingly, **IT IS HEREBY ORDERED** that defendants Lawrence J. Winnerman, Sanford B. Winnerman, and WW Centennial Hills, LLC must file a brief setting forth what relief is necessitated by the Ninth Circuit's memorandum, along with a proposed third amended judgment, by **Thursday, May 5, 2016**. Plaintiff Oreo Corp., as successor-in-interest to KeyBank National Association, must file a response to that brief **by Monday, May 16, 2016**. No further briefing will be permitted, and the page limits set forth in LR 7-4 apply. The court will then entertain oral argument on this matter in Courtroom 6D at **10:00 a.m. on Monday, June 13, 2016.**

DATED: April 15, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 161 (Memorandum); ECF No. 162 (Mandate).